UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                              §
                                    §
                                    §
BRENT ALAN THOMAN                   §      Case No. 15-37996
                                    §
                                    §
         Debtor                     §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

   Peter N. Metrou, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 2,350.00                     Assets Exempt: 0.00
*(Without deducting any secured claims)*

Total Distributions to Claimants:  21,351.42   Claims Discharged
                                               Without Payment:  16,163.86

Total Expenses of Administration:  3,648.58

---

   3) Total gross receipts of $ 25,000.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 25,000.00  from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ 25,300.28 | $ 25,300.28 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 3,648.58 | 3,648.58 | 3,648.58 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 12,214.00 | 50,602.56 | 50,602.56 | 21,351.42 |
| **TOTAL DISBURSEMENTS** | $ 12,214.00 | $ 79,551.42 | $ 79,551.42 | $ 25,000.00 |

    4) This case was originally filed under chapter 7 on 11/07/2015 . The case was pending for 21 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  08/09/2017                           By:/s/Peter N. Metrou, Trustee
                                                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 1994 Cherokee Aluminum Trailer, Broken, Not Functional | 1129-000 | 181.65 |
| 2003 Checy 3500 Pickup; 215,000 Miles This Vehicle Was Purch | 1129-000 | 543.48 |
| 2005 Chevy Kodiak C4500. 198,000 Miles This Vehicle Was Purc | 1129-000 | 5,072.25 |
| 2006 Chevy 35000 Express Work Van, 130,000 Miles. Was Damage | 1129-000 | 2,355.00 |
| 2006 Gmc Savanna 2500 Work Van, 140,000 Miles This Vehicle W | 1129-000 | 2,173.75 |
| 2014 Forest River Enclosed Trailer Icpc Purchased This Trail | 1129-000 | 905.78 |
| 2015 Gmc Sierra Slt 96,500 Miles Damaged From Accident In Ga | 1129-000 | 12,681.14 |
| 2015 Pj Trailer Icpc Purchased This Trailer For Its Business | 1129-000 | 1,086.95 |
| **TOTAL GROSS RECEIPTS** | | **$ 25,000.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ NA |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | M&T BANK | 4110-000 | NA | 25,300.28 | 25,300.28 | 0.00 |
| TOTAL SECURED CLAIMS | | | $ NA | $ 25,300.28 | $ 25,300.28 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Peter N. Metrou | 2100-000 | NA | 3,250.00 | 3,250.00 | 3,250.00 |
| Peter N. Metrou | 2200-000 | NA | 24.53 | 24.53 | 24.53 |
| LTD. International Sureties | 2300-000 | NA | 14.16 | 14.16 | 14.16 |
| Associated Bank | 2600-000 | NA | 59.89 | 59.89 | 59.89 |
| AMERICAN AUCTION ASSOCIATES, INC. | 3610-000 | NA | 300.00 | 300.00 | 300.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 3,648.58 | $ 3,648.58 | $ 3,648.58 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Credit Bureau Of York 33 S Duke St York, PA 17401 | | 66.00 | NA | NA | 0.00 |
| | Credit Bureau Of York 33 S Duke St York, PA 17401 | | 61.00 | NA | NA | 0.00 |
| | Michael Keith Fake 720 E. Main Street Dallastown, PA 17313 | | 12,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | no name on CR Liability | | 87.00 | NA | NA | 0.00 |
| 1 | M&T BANK | 7100-000 | NA | 25,301.28 | 25,301.28 | 21,351.42 |
| 2 | M&T BANK | 7100-000 | NA | 25,301.28 | 25,301.28 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 12,214.00 | $ 50,602.56 | $ 50,602.56 | $ 21,351.42 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 15-37996 | BWB | Judge: | Bruce W. Black | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | BRENT ALAN THOMAN | | | | Date Filed (f) or Converted (c): | 11/07/2015 (f) |
| | | | | | 341(a) Meeting Date: | 12/07/2015 |
| For Period Ending: | 08/09/2017 | | | | Claims Bar Date: | 07/14/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Cash | 50.00 | 0.00 | | 0.00 | FA |
| 2. Debtor Does Not Have A Checking Account Or Savings Account | 0.00 | 0.00 | | 0.00 | FA |
| 3. Used Living Room, Bedroom And Dining Room Owned Jointly With | 2,000.00 | 0.00 | | 0.00 | FA |
| 4. Used Men's Clothing | 200.00 | 0.00 | | 0.00 | FA |
| 5. Used Wedding Ring | 100.00 | 0.00 | | 0.00 | FA |
| 6. 2015 Gmc Sierra Slt 96,500 Miles Damaged From Accident In Ga | 35,000.00 | 35,000.00 | | 12,681.14 | FA |
| 7. 2015 Pj Trailer Icpc Purchased This Trailer For Its Business | 3,000.00 | 3,000.00 | | 1,086.95 | FA |
| 8. 1994 Cherokee Aluminum Trailer, Broken, Not Functional | 500.00 | 500.00 | | 181.65 | FA |
| 9. 2014 Forest River Enclosed Trailer Icpc Purchased This Trail | 2,500.00 | 2,500.00 | | 905.78 | FA |
| 10. 2006 Chevy 35000 Express Work Van, 130,000 Miles. Was Damage | 6,500.00 | 6,500.00 | | 2,355.00 | FA |
| 11. 2006 Gmc Savanna 2500 Work Van, 140,000 Miles This Vehicle W | 6,000.00 | 6,000.00 | | 2,173.75 | FA |
| 12. 2003 Checy 3500 Pickup; 215,000 Miles This Vehicle Was Purch | 1,500.00 | 1,500.00 | | 543.48 | FA |
| 13. 2005 Chevy Kodiak C4500. 198,000 Miles This Vehicle Was Purc | 14,000.00 | 14,000.00 | | 5,072.25 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $71,350.00 | $69,000.00 | | $25,000.00 | $0.00 |
|---|---|---|---|---|---|

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**UST Form 101-7-TDR (10/1/2010)** *(Page: 7)*

Investigation into ownership and equity ownership of vehicles 1/10/2016.  2004 exams of debtor and spouse by trustee 2-19-2016.  Motion to employ auctioneer granted 3/4/2016 see Dkt 33.  Motion for turnover 7/12/2016.  Motion to settle for 25k on vehicles was granted 12/9/2016 see Dkt#52. Filed Mt to Employ Accountant on 3/10/17 see Dkt# 56.

Exhibit 8

Initial Projected Date of Final Report (TFR): 04/03/2017        Current Projected Date of Final Report (TFR): 04/03/2017

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 15-37996 | Trustee Name: Peter N. Metrou, Trustee |
| Case Name: BRENT ALAN THOMAN | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX5819 |
| | Checking |
| Taxpayer ID No: XX-XXX4404 | Blanket Bond (per case limit): $1,000,000.00 |
| For Period Ending: 08/09/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/10/17 | | Anden Services Corporation<br>100 N. Walker Street<br>Hope, AR 71801 | Liquidation of Schedule B property<br>Settlement on equity in vehicles with Debtor per dckt# 52 | | $25,000.00 | | $25,000.00 |
| | | | Gross Receipts    $25,000.00 | | | | |
| | 6 | | 2015 Gmc Sierra Slt 96,500 Miles Damaged From Accident In Ga    $12,681.14 | 1129-000 | | | |
| | 7 | | 2015 Pj Trailer Icpc Purchased This Trailer For Its Business    $1,086.95 | 1129-000 | | | |
| | 8 | | 1994 Cherokee Aluminum Trailer, Broken, Not Functional    $181.65 | 1129-000 | | | |
| | 9 | | 2014 Forest River Enclosed Trailer Icpc Purchased This Trail    $905.78 | 1129-000 | | | |
| | 10 | | 2006 Chevy 35000 Express Work Van, 130,000 Miles. Was Damage    $2,355.00 | 1129-000 | | | |
| | 11 | | 2006 Gmc Savanna 2500 Work Van, 140,000 Miles This Vehicle W    $2,173.75 | 1129-000 | | | |
| | 12 | | 2003 Checy 3500 Pickup; 215,000 Miles This Vehicle Was Purch    $543.48 | 1129-000 | | | |
| | 13 | | 2005 Chevy Kodiak C4500. 198,000 Miles This Vehicle Was Purc    $5,072.25 | 1129-000 | | | |
| 02/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $26.37 | $24,973.63 |
| 02/07/17 | 5001 | LTD. International Sureties<br>701 Poydras St.<br>New Orleans, LA 70139 | Bond Payment | 2300-000 | | $14.16 | $24,959.47 |
| 03/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $33.52 | $24,925.95 |

| | Page Subtotals: | $25,000.00 | $74.05 |
|---|---|---|---|

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 15-37996 | Trustee Name: Peter N. Metrou, Trustee |
| Case Name: BRENT ALAN THOMAN | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX5819 |
| | Checking |
| Taxpayer ID No: XX-XXX4404 | Blanket Bond (per case limit): $1,000,000.00 |
| For Period Ending: 08/09/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/26/17 | 5002 | Peter N. Metrou<br>123 W. Washington St., Ste 216<br>Oswego, IL  60543 | Distribution | | | $3,274.53 | $21,651.42 |
| | | Peter N. Metrou | Final distribution representing a payment of 100.00 % per court order. ($3,250.00) | 2100-000 | | | |
| | | Peter N. Metrou | Final distribution representing a payment of 100.00 % per court order. ($24.53) | 2200-000 | | | |
| 06/26/17 | 5003 | AMERICAN AUCTION ASSOCIATES, INC.<br>8515 South Thomas Avenue<br>Bridgeview, IL  60455 | Final distribution representing a payment of 100.00 % per court order. | 3610-000 | | $300.00 | $21,351.42 |
| 06/26/17 | 5004 | M&T BANK<br>P.O.BOX 1508<br>BUFFALO, NY 14240 | Final distribution to claim 1 representing a payment of 84.39 % per court order. | 7100-000 | | $21,351.42 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $25,000.00 | $25,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $25,000.00 | $25,000.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $25,000.00 | $25,000.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*                   Page Subtotals:   $0.00    $24,925.95

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5819 - Checking | $25,000.00 | $25,000.00 | $0.00 |
| | $25,000.00 | $25,000.00 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $25,000.00 |
| Total Gross Receipts: | $25,000.00 |

Page Subtotals:    $0.00    $0.00